| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): _____   Chapter ___11___

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Viva Libre Restaurant Concepts Inc.** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | **Blue Agave Southwest Grill** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **3 3** – **0 5 7 8 0 9 3** |

**4. Debtor's address**

Principal place of business

**18601 Yorba Linda Blvd.**
Number     Street

**Yorba Linda, CA 92886**
City                         State     ZIP Code

**Orange**
County

Mailing address, if different from principal place of business

Number          Street

City                              State      ZIP Code

Location of principal assets, if different from principal place of business

Number          Street

City                              State      ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | **https://blueagaveswgrill.com/** |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Viva Libre Restaurant Concepts Inc.**                    Case number *(if known)* _____
_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

**7  2  2  5**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
                  MM / DD / YYYY

     District _____ When _____ Case number _____
                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor  **George Albert Gallardo and Lynn Karla Stoeppler**    Relationship **Principal**

    District  **Central District of California**    When  **4/22/2025**
                                 MM / DD / YYYY

    Case number, if known  **8:25-bk-11037-MH**

| Debtor | Viva Libre Restaurant Concepts Inc. | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* | |
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. | |
| | ☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No | |
| | ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed. | |
| | **Why does the property need immediate attention?** *(Check all that apply.)* | |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. | |
| | What is the hazard? _____ | |
| | _____ | |
| | ☐ It needs to be physically secured or protected from the weather. | |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). | |
| | ☐ Other _____ | |
| | **Where is the property?** _____ | |
| | Number       Street | |
| | _____ | |
| | _____ | |
| | City                                     State     ZIP Code | |
| | **Is the property insured?** | |
| | ☐ No | |
| | ☐ Yes.   Insurance agency _____ | |
| |        Contact name _____ | |
| |        Phone _____ | |

| | **Statistical and administrative information** |
|---|---|

| | | | |
|---|---|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* | | |
| | ☐ Funds will be available for distribution to unsecured creditors. | | |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | |
| **14. Estimated number of creditors** | ☑ 1-49           ☐ 50-99 | ☐ 1,000-5,000   ☐ 5,001-10,000 | ☐ 25,001-50,000   ☐ 50,000-100,000 |
| | ☐ 100-199   ☐ 200-999 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | **Viva Libre Restaurant Concepts Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **04/28/2025**
MM/ DD/ YYYY

**X** **/s/ George Gallardo**
Signature of authorized representative of debtor

**George Gallardo**
Printed name

Title  **President and CEO**

**18. Signature of attorney**

**X** **/s/ Christopher James Langley**    Date **04/28/2025**
Signature of attorney for debtor                MM/ DD/ YYYY

**Christopher James Langley**
Printed name

**Shioda Langley & Chang LLP**
Firm name

**1063 E. Las Tunas Dr.**
Number        Street

**San Gabriel**                **CA**        **91776**
City                             State        ZIP Code

                                **chris@slclawoffice.com**
Contact phone                   Email address

**258851**                      **CA**
Bar number                      State

Debtor  **Viva Libre Restaurant Concepts Inc.**
 Name

Case number *(if known)*

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
  MM/ DD/ YYYY

X _____
Signature of authorized representative of debtor

Printed name  **George Gallardo**

Title _____ **President and CEO** _____

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date **04/28/2025**
  MM/ DD/ YYYY

**Christopher James Langley**
Printed name

**Shioda Langley & Chang LLP**
Firm name

**1063 E. Las Tunas Dr.**
Number     Street

**San Gabriel**
City

**CA**
State

**91776**
ZIP Code

_____
Contact phone

**chris@slclawoffice.com**
Email address

**258851**
Bar number

**CA**
State

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **George Gallardo and Lynn Stoeppler Chapter 13 filed on 4/22/2025 8:25-bk-11037 MH**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  __Santa Ana__ , California

Date: __04/28/2025__

George Gallardo
President and CEO

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                    Page 1                          **F 1015-2.1.STMT.RELATED.CASES**

# United States Bankruptcy Court
## Central District of California

In re   **Viva Libre Restaurant Concepts Inc.**

Debtor(s)

Case No.

Chapter                    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___**Viva Libre Restaurant Concepts Inc.**___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

| **04/28/2025** | **/s/ Christopher James Langley** |
|---|---|
| Date | **Christopher James Langley** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Viva Libre Restaurant Concepts Inc.** |
| | **Bar Number: 258851** |
| | **Shioda Langley & Chang LLP** |
| | **1063 E. Las Tunas Dr.** |
| | **San Gabriel, CA 91776** |
| | **Phone: (626) 281-1232** |
| | **Email: chris@slclawoffice.com** |

1

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Christopher James Langley<br>Bar Number: 258851<br>Shioda Langley & Chang LLP<br>1063 E. Las Tunas Dr.<br>San Gabriel, CA 91776<br>Phone: (626) 281-1232<br>Email: chris@slclawoffice.com<br><br><br><br>☑ *Attorney for:*  **Viva Libre Restaurant Concepts Inc.** | FOR COURT USE ONLY |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>Viva Libre Restaurant Concepts Inc.<br><br><br><br><br><br>Debtor(s). | CASE NO.: _____<br>ADVERSARY NO.: _____<br>CHAPTER: 11 |
| <br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO RBP 1007(A)(1)<br>AND 7007.1, AND LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* **Christopher James Langley**, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:

☐   I am the president or other officer or an authorized agent of the Debtor corporation

☐   I am a party to an adversary proceeding

☐   I am a party to a contested matter

☐   I am the attorney for the Debtor corporation

2.a.   ☐   The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

_____

_____

_____

b.     ☑   There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:    **04/28/2025**          By:        **/s/ Christopher James Langley**
                                                  Signature of Debtor, or attorney for Debtor

                                    Name:        **Christopher James Langley**
                                                  Printed name of Debtor, or attorney for Debtor

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

United States Bankruptcy Court

Central District of California

**In Re:** Viva Libre Restaurant Concepts Inc.

Case No: _____

Chapter: 11

## STATEMENT REGARDING CORPORATE RESOLUTION

I, George Gallardo, declare under penalty of perjury that I am the President and CEO of <u>Viva Libre Restaurant Concepts Inc.</u>, a California Corporation and that on <u>April 28, 2025</u> the following resolution was duly adopted by the Board of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be it Therefore Resolved, that George Gallardo, President and CEO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be it Further Resolved, that George Gallardo, President and CEO of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be it Further Resolved that George Gallardo, President and CEO of this Corporation, is authorized and directed to employ Christopher James Langley and to represent the Corporation in such bankruptcy case."

Executed on: ____**April 28, 2025**____     Signed: _____

George Gallardo, President and CEO

Fill in this information to identify the case:

Debtor name **Viva Libre Restaurant Concepts Inc.**

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): _____

☐ Check if this is an
  amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Newity 1123 W, Washington Blvd. Unit 3 Chicago, IL 60607 | (773) 839-8089 | SBA 7(a) | | $246,000.00 | $361,729.40 | $246,000.00 |
| 2  US Small Business Administration 10737 Gateway West #300 El Paso, TX 79935 | | UCC-1 | | $547,000.00 | $361,729.40 | $185,270.60 |
| 3  DLP Funding LLC 447 Broadway 2nd Fl. New York, NY 10013 | (877) 378-0484 | Business Loan | | | | $56,500.00 |
| 4  NewCo Capital Group LLC 1801 NE 123rd St 421 Miami, FL 33181 | | Business Loan | | | | $30,000.00 |
| 5  Wells Fargo Bank NA Attn: Bankruptcy 1 Home Campus MAC X2303-01A 3rd Floor Des Moines, IA 50328 | | Line of Credit | | | | $30,000.00 |
| 6  BizFund LLC 315 Avenue U Brooklyn, NY 11223 | | Business Loan | | $24,000.00 | $361,729.40 | $24,000.00 |
| 7  Chase Bank Attn: Bankruptcy Dept. Po Box 15298 Wilmington, DE 19850-5298 | | Business Credit Card | | | | $23,000.00 |
| 8  American Express PO Box Box 981535 El Paso, TX 79998-1535 | | Business Credit Card | | | | $21,000.00 |

Debtor     **Viva Libre Restaurant Concepts Inc.**

Name

Case number *(if known)*

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Harbor Funding LLC<br>111 South Wacker Dr 34th Fl.<br>Chicago, IL 60606 | | Business Loan | | | | $19,000.00 |
| 10 | Fundworks LLC<br>299 South Main Street, Suite 1300<br>Salt Lake City, UT 84111 | | Business Loan | | $16,500.00 | $361,729.40 | $16,500.00 |
| 11 | Liquidibee 1 LLC<br>3800 S. Ocean Dr. Ste 226,<br>Hollywood, FL 33019 | | Business Loan | | | | $14,990.00 |
| 12 | Simply Funding LLC<br>55 Broadway<br>New York, NY 10006-3008 | | Business Loan | | $14,500.00 | $361,729.40 | $14,500.00 |
| 13 | Sysco Corporation<br>20701 Currier Rd<br>Walnut, CA 91789-2904 | | business loan | | | | $13,456.31 |
| 14 | Funding Circle<br>85 2nd Street 400<br>San Francisco, CA 94105 | | | | | | $9,000.00 |
| 15 | US Foods<br>15155 Northam St.<br>La Mirada, CA 90638 | | Business Vendor | | | | $6,743.22 |
| 16 | Orange County Tax Collector<br>Bankruptcy Unit<br>PO Box 4515<br>Santa Ana, CA 92702-0000 | (855) 886-5400 | | | $3,278.56 | $361,729.40 | $3,278.56 |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

# Debtor's recent balance sheet

BALANCE SHEET

April 28, 2025

### Assets

| | | |
|---|---|---|
| Cash on hand | $ | 12,596.00 |
| Wells 6324 | | 15,134.62 |
| Wells 1223 | | 1,185.83 |
| Wells 6717 | | 5.00 |
| Wells 7481 | | 95.95 |
| Inventory - Food | | 5,000.00 |
| Inventory - Liquor | | 3,100.00 |
| Fixed assets-leasholds, vehicle, equipment | | 533,125.00 |
| Accumulated depreciations | | (477,282.00) |
| **Total Assets** | $ | 92,960.40 |

### Liabilities

| | | |
|---|---|---|
| Trade accounts payable | $ | 33,237.79 |
| County of Orange | | 6,425.00 |
| State of CA-Sales Tax | | 14,950.00 |
| Gift certificates | | 4,500.00 |
| Optimus-Restaurant lease | | 41,865.48 |
| Ascetium-Equipment lease | | 16,591.31 |

**Credit Cards**

| | |
|---|---|
| AMEX CC | 19,825.00 |
| CC Wells Fargo - MC 1236 | 42,975.35 |
| CC Wells Fargo Visa 0365 | 16,716.50 |
| Chase CC | 22,860.49 |

**Loans - non SBA**

| | |
|---|---|
| Funding Circle 8286 | 4,387.13 |
| Funding Metrix | 54,218.33 |
| Simply Funding | 16,934.00 |
| Liquidibee | 14,999.00 |
| App Funding Beta | 50,366.46 |
| Fundworks | 16,378.99 |
| Biz Fund | 24,437.00 |
| Harbor Funding | 26,715.84 |
| Newco | 44,700.00 |

**Loans - SBA**

| | | |
|---|---|---|
| SBA EIDL | | 478,678.00 |
| SBA Newty | | 247,746.00 |
| **Total Liabilites** | $ | 1,199,507.67 |

| | | |
|---|---|---|
| Capital Stock | | 175,000.00 |
| Additional Paid in Capital | | 382,697.00 |
| Retained Earnings at 12/31/2023 | | (973,507.00) |
| Loss from 1/1/2024 - 4/28/2025 | | (876,658.07) |
| **Total Stockholder's Equity** | $ | (1,292,468.07) |

| | | |
|---|---|---|
| **Total Lilibities and Stockhoder's Equity** | $ | 92,960.40 |

# Cash flow statements

Opening Balance

|  | May-25 | Jun-25 | Jul-25 |
|---|---|---|---|
| **Cash Flow** | | | |
| Food Sales | 161,000.00 | 165,000.00 | 163,000 |
| Liquor Sales | 26,000 | 27,000.00 | 26,500.00 |
| Total Sales | 187,000 | 192,000.00 | 189,500.00 |
| | | | |
| | | | |
| **Cash Out Flow** | | | |
| Occupancy Cost ( Rent & Cams) | 21,250.00 | 21,500.00 | 21,500.00 |
| Labor Kitchen (Front of House) | 70,000.00 | 70,000.00 | 70,000.00 |
| Food & Liqour | 46,000.00 | 47,000.00 | 45,000.00 |
| Utilities ( Gas, Electricity,Water) | 7,000.00 | 8,000.00 | 8,000.00 |
| Insurance , W-Comp M. Contracts) | 3,000.00 | 3,000.00 | 3,000.00 |
| Marketing ,Music, Cable, Phones | 2,000.00 | 2,000.00 | 2,000.00 |
| Catering Supplies & Fuel | 2,000.00 | 2,000.00 | 2,000.00 |
| Menus, Printing, Flowers & Decorations | 1,000.00 | 1,000.00 | 1,000.00 |
| Credit Card Fees,  Bank Charges | 6,500.00 | 6,500.00 | 6,500.00 |
| Kitchen Supplies , Clean & Chemicals | 3,500.00 | 3,500.00 | 3,500.00 |
| Sales Tax 7.75% | 13,950.00 | 14,880.00 | 14,686.00 |
| Office Supplies | 400 | 400.00 | 400.00 |
| Delivery Fees | 25 | 25.00 | 25.00 |
| Repairs & Maintenance | 2,000.00 | 2,000.00 | 2,000.00 |
| Total Expense | 178,625.00 | 181,805.00 | 179,611.00 |
| | | | |
| Reserve to Ensure Contined Operation | 8,375.00 | 10,195.00 | 9,889.00 |

Administrative Fees

Sub V Trustee Fees

legal Fees

CA & FED Tax Claim

# A statement of operations

## STATEMENT REGARDING DEBTOR'S HISTORICAL STATEMENTS OF OPERATIONS

In re: VIVA LIBRE RESTAURANT CONCEPTS, INC. d/b/a BLUE AGAVE
SOUTHWESTERN GRILL Case No. _____

The undersigned, being duly sworn, hereby states:

1. I am the President of VIVA LIBRE RESTAURANT CONCEPTS, INC. d/b/a BLUE AGAVE SOUTHWESTERN GRILL (the "Debtor"), the debtor and debtor-in-possession in the above-captioned Chapter 11 Subchapter V case.
2. I am authorized to make this statement on behalf of the Debtor.
3. Historically, the Debtor has not prepared statements of operations as part of its regular financial reporting.
4. The Debtor acknowledges its obligation to file monthly operating reports and other financial statements as required under the Bankruptcy Code and applicable rules during the pendency of this Chapter 11 Subchapter V case.
5. The Debtor commits to preparing and filing all required statements of operations and other financial reports in accordance with the requirements set forth by the U.S. Trustee and the Bankruptcy Court throughout the pendency of this case.
6. The Debtor has engaged appropriate accounting professionals to assist in the preparation of these required financial statements and reports.
7. The Debtor understands that these financial reports are essential to the administration of the bankruptcy estate and will provide transparency to creditors and other parties in interest regarding the Debtor's financial condition and business operations.

Dated: May 1, 2025

Respectfully submitted,

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

George Gallardo, President and CEO

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Christopher James Langley**<br>**Bar Number: 258851**<br>**Shioda Langley & Chang LLP**<br>**1063 E. Las Tunas Dr.**<br>**San Gabriel, CA 91776**<br>**Phone: (626) 281-1232**<br>**Email: chris@slclawoffice.com**<br><br>☐ Debtor(s) appearing without attorney<br>☑ Attorney for Debtor(s) | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>**Viva Libre Restaurant Concepts Inc.** | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___3___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _____04/28/2025_____

President and CEO

Date: _____

Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____04/28/2025_____

Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

American Express
PO Box Box 981535
El Paso, TX 79998-1535

BizFund LLC
315 Avenue U
Brooklyn, NY 11223

Chase Bank
Attn: Bankruptcy Dept.
Po Box 15298
Wilmington, DE 19850-5298

DLP Funding LLC
447 Broadway 2nd Fl.
New York, NY 10013

Funding Circle
85 2nd Street 400
San Francisco, CA 94105

Funding Metrics LLC
3220 Tillman Dr Ste 200
Bensalem, PA 19020-2028

Fundworks LLC
299 South Main Street, Suite 1300
Salt Lake City, UT 84111

George Albert Gallardo
5988 Malta Way
Yorba Linda, CA 92887

Harbor Funding LLC
111 South Wacker Dr 34th Fl.
Chicago, IL 60606

Law Offices of Barak Isaacs
30423 Canwood Street 118
Agoura Hills, CA 91301

Liquidibee 1 LLC
3800 S. Ocean Dr. Ste 226,
Hollywood, FL 33019

NewCo Capital Group LLC
1801 NE 123rd St 421
Miami, FL 33181

Newity
1123 W, Washington Blvd. Unit 3
Chicago, IL 60607

Northeast Bank
One Marina Park Drive Fl 8
Boston, MA 02210

Optimus Property
Management LLC
1801 Century Park East 2100
Los Angeles, CA 90067

Orange County Tax Collector
Bankruptcy Unit
PO Box 4515
Santa Ana, CA 92702-0000

Simply Funding LLC
55 Broadway
New York, NY 10006-3008


Sysco Corporation
20701 Currier Rd
Walnut, CA 91789-2904


US Foods
15155 Northam St.
La Mirada, CA 90638


US Small Business
Administration
10737 Gateway West #300
El Paso, TX 79935


Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus MAC X2303-01A 3rd
Floor
Des Moines, IA 50328

American Express
PO Box Box 981535
El Paso, TX 79998-1535

BizFund LLC
315 Avenue U
Brooklyn, NY 11223

Chase Bank
Attn: Bankruptcy Dept.
Po Box 15298
Wilmington, DE 19850-5298

DLP Funding LLC
447 Broadway 2nd Fl.
New York, NY 10013

Funding Circle
85 2nd Street 400
San Francisco, CA 94105

Funding Metrics LLC
3220 Tillman Dr Ste 200
Bensalem, PA 19020-2028

Fundworks LLC
299 South Main Street, Suite 1300
Salt Lake City, UT 84111

George Albert Gallardo
5988 Malta Way
Yorba Linda, CA 92887

Harbor Funding LLC
111 South Wacker Dr 34th Fl.
Chicago, IL 60606

Law Offices of Barak Isaacs
30423 Canwood Street 118
Agoura Hills, CA 91301

Liquidibee 1 LLC
3800 S. Ocean Dr. Ste 226,
Hollywood, FL 33019

NewCo Capital Group LLC
1801 NE 123rd St 421
Miami, FL 33181

Newity
1123 W, Washington Blvd. Unit 3
Chicago, IL 60607

Northeast Bank
One Marina Park Drive Fl 8
Boston, MA 02210

Optimus Property
Management LLC
1801 Century Park East 2100
Los Angeles, CA 90067

Orange County Tax Collector
Bankruptcy Unit
PO Box 4515
Santa Ana, CA 92702-0000

Simply Funding LLC
55 Broadway
New York, NY 10006-3008


Sysco Corporation
20701 Currier Rd
Walnut, CA 91789-2904


US Foods
15155 Northam St.
La Mirada, CA 90638


US Small Business
Administration
10737 Gateway West #300
El Paso, TX 79935


Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus MAC X2303-01A 3rd
Floor
Des Moines, IA 50328